IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

| | |
|---|---|
| ELIZABETH WEEKS<br>6 Jill Court<br>Reisterstown, MD 21136<br><br>Plaintiff,<br><br>v.<br><br>MGM NATIONAL HARBOR, LLC<br>3950 Las Vegas Boulevard South<br>Las Vegas, NV 89119<br><br>Serve on:<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street Suite 820<br>Baltimore, MD 21202<br><br>Defendant. | CASE NO.: |

## COMPLAINT

COMES NOW Plaintiff, Elizabeth Weeks, by and through her attorneys, Stephen N. Caramenico, Esq. and Malloy Law Offices, LLC, files suit against Defendant MGM National Harbor, LLC. (*hereinafter* "MGM National"), and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of Baltimore County, Maryland.

2. Upon information and belief Defendant MGM National is a private business incorporated in the State of Nevada.

3. Defendant MGM National owns and operates a casino located at Casino located 101 MGM National Avenue, Oxon Hill, MD 20745 (*hereinafter* the "premises").

1

Exhibit A

## JURISDICTION AND VENUE.

4.  Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (2019).

5.  Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2019).

## FACTS COMMON TO ALL COUNTS

6.  On or about December 13, 2020, Plaintiff was walking around the premises.

7.  Suddenly and without warning, Plaintiff has tripped on a flat metal push cart and fell over, causing her to the fall to the ground and sustain significant injuries.

8.  At all times relevant, Plaintiff was an invitee on Defendant's premises.

## COUNT I
### (Negligence - MGM National)

9.  Paragraphs one (1) through eight (8) are incorporated by reference as if fully restated herein.

10. Defendant, MGM National, owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers on the premises and/or warn them of such dangers.

11. Defendant, MGM National, breached said duty owed to Plaintiff by (a) failing to maintain the premises free of hazards on the premises (b) failing to maintain a stable surface without objects obstructing free movement at the premises; (c) failing to prevent flat metal push cart from being abandoned in the middle of the walking area on the premises; (d) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

12. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was

caused to suffer shock to h nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

13. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of his injuries.

14. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

15. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due to and by reason of the negligence, carelessness and recklessness of Defendant, MGM National, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

16. At all times relevant hereto Plaintiff was exercising due care for her own safety.

WHEREFORE, Plaintiff, Elizabeth Weeks, claims a sum in excess of of Seventy Five Thousand Dollars ($75,000.00) as damages against Defendant, MGM National.

Respectfully submitted,

Stephen N. Caramenico, Esq. (011778)
#1112130152
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

3

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**Civil Division**

| | |
|---|---|
| **ELIZABETH WEEKS** | * |
| Plaintiff, | * |
| | * CASE NO.: |
| v. | * |
| MGM NATIONAL HARBOR, LLC | * |
| Defendant. | * |
| | * |

## ELECTION FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*[signature]*

Stephen N. Caramenico, Esq. (011778)
#1112130152
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

4

IN THE CIRCUIT COURT FOR Prince George's County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: Elizabeth Weeks          vs.    MGM National Harbor, LLC
                  Plaintiff                              Defendant

PARTY'S NAME: _____  PHONE: _____

PARTY'S ADDRESS: _____

PARTY'S E-MAIL: _____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Stephen N. Caramenico Esq.   PHONE: 202-464-0727

PARTY'S ATTORNEY'S ADDRESS: 7910 Woodmont Avenue, Suite 1250, Bethesda, MD 20814

PARTY'S ATTORNEY'S E-MAIL: stephen@malloy-law.com

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL?: ____ hours  2 days

### PLEADING TYPE

New Case: ☒ Original     ☐ Administrative Appeal    ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case, skip Case Category/Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☒ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000     ☐ $10,000 - $30,000     ☒ $30,000 - $100,000     ☒ Over $100,000

☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation     ☒ Yes   ☐ No          C. Settlement Conference  ☒ Yes   ☐ No
B. Arbitration    ☐ Yes   ☒ No          D. Neutral Evaluation       ☐ Yes   ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time                ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff............................ |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

1/27/2022
Date

7910 Woodmont Avenue, Suite 1250
Address

Bethesda       MD      20814
City           State   Zip Code

Signature of Counsel / Party

Stephen N. Caramenico, Esq./1112130152
Printed Name

CC-DCM-002 (Rev. 04/2017)            Page 3 of 3