IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELIZABETH WEEKS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:22-cv-00552-AAQ |
| MGM NATIONAL HARBOR, LLC | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, MGM National Harbor, LLC, by and through its Undersigned Counsel, and pursuant to Rule 56(b) of the Federal Rules of Civil Procedure moves this Honorable Court for Summary Judgment in the above-captioned matter, and as reasons therefor states as follows:

1. There is no genuine dispute as to any material fact.

2. The Defendant, MGM National Harbor, LLC, is entitled to summary judgment as a matter of law.

WHEREFORE, the Defendant, MGM National Harbor, LLC, prays that its Motion for Summary Judgment in the above-captioned matter be granted, and that summary judgment be entered in the Defendant's favor.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Emily F. Belanger*
_____
Angela W. Russell ( Bar No. 15227)
Emily F. Belanger (Bar No. 18893)
250 West Pratt Street, Suite 2200
Baltimore, MD 21201
Phone:  (410) 538-1800
Fax: (410) 962 -8758
Angela.Russell@wilsonelser.com
Emily.Belanger@wilsonelser.com
*Attorneys for Defendant, MGM National Harbor, LLC*

## GROUNDS AND AUTHORITIES

1. Federal Rule of Civil Procedure 56(b).

2. Attached Memorandum of Fact and Law.

*/s/ Emily F. Belanger*_____
Emily F. Belanger

## REQUEST FOR ORAL HEARING

Defendant hereby requests an oral hearing on all issues raised herein.

*/s/ Emily F. Belanger*_____
Emily F. Belanger

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2022, a copy of foregoing was served via this Court's e-filing system:

Stephen N. Caramenico
Malloy Law Offices, LLC
7910 Woodmont Ave., Suite 1250
Bethesda, MD 20814
Stephen@malloy-law.com
*Attorneys for Plaintiff*

>                                  */s/ Emily F. Belanger*_____
>                                  Emily F. Belanger